

# Fourth Court of Appeals
## San Antonio, Texas

December 3, 2015

No. 04-15-00319-CR

Bruce **CARTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR3505
Honorable Ray Olivarri, Judge Presiding

## ORDER

The State's Motion for Extension of Time to File the Brief has been GRANTED. Time is extended to January 4, 2016.

**PER CURIAM**

ATTESTED TO: _____
KEITH E. HOTTLE
CLERK OF COURT

cc:

| | |
|---|---|
| Mary Beth Welsh | H. Todd McCray |
| Assistant Criminal District Attorney | Law Office H. Todd McCray |
| Paul Elizondo Tower | 110 E. Nueva St. |
| 101 W. Nueva, Suite 370 | San Antonio, TX 78204 |
| San Antonio, TX 78205 | |